UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GUZMAN and ANTONIO RODRIGUEZ OROZCO,<br><br>　　　　　　　　　　　Petitioners,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>　　　　　　　　　　　Respondents. | Case No.: 3:25-cv-3809-CAB-MMP<br><br>**ORDER REQUIRING A BOND HEARING**<br><br>[Doc. No. 4] |

　　　Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Miguel Guzman.[1]  [Doc. No. 4 ("Amended Petition").]  Petitioner claims that he is detained by Immigration and Customs Enforcement ("ICE") in violation of the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-cv-1873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025).  [*See generally* Amended Petition.]  He "seek[s] enforcement of his rights as [a] member[] of the Bond Denial Class certified in *Maldonado Bautista*" in the form of an individualized bond hearing.  [Amended Petition at 2.]

---

[1] Petitioner Orozco has been released from immigration custody and the Parties have agreed that his habeas claim is therefore moot.  [Amended Petition at 2.]

1

On January 12, 2026, Respondents responded to the Amended Petition and this Court's order to respond, [Doc. No. 5], stating:

> Petitioner [Guzman] appears to be a member of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025). The *Bautista* court has entered final judgment as to the Bond Eligible Class. *Bautista*, [Doc.] No. 94 [2025 WL 3678485 (C.D. Cal. Dec. 18, 2025)]. Accordingly, Respondents acknowledge that Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a).

[Doc. No. 6 at 2.]  Respondents request fourteen days to provide the bond hearing.  [*Id.*]

The Court thus **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations by **January 27, 2026**.  Respondents are further **ORDERED** to update this Court on the status of Petitioner's bond hearing by **January 30, 2026**.  Once Respondents confirm Petitioner has received an individualized bond hearing, the Court will dismiss the case.

It is **SO ORDERED**.

Dated: January 14, 2026

Hon. Cathy Ann Bencivengo
United States District Judge