# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **Guzman v. Noem, et al.**　　　Case Number: **25-cv-03809-CAB-MMP**

Hon. Cathy Ann Bencivengo　　Ct. Deputy Lori Hernandez　　Rptr Tape: N/A

The parties were previously ordered to provide a joint status update to the Court by February 13, 2026. [Doc. No. 9.] No report has been filed. The parties shall provide a status update by **February 25, 2026**.

Date: February 24, 2026　　　　　　　　　　　　　　　　　　　　Initials: MS