UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MIGUEL GUZMAN,

Petitioner,

v.

KRISTI NOEM, et al.,

Respondents.

Case No.: 3:25-cv-03809-CAB-MMP

**ORDER CLOSING CASE**

Petitioner Miguel Guzman filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] After Respondents acknowledged that Petitioner was detained under 8 U.S.C. § 1226(a) pursuant to the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, this Court ordered a bond hearing under § 1226(a) and its associated regulations. [Doc. No. 7.] Petitioner subsequently received a bond hearing on February 5, 2026. [Doc. No. 11.]

///

///

///

///

///

3:25-cv-03809-CAB-MMP

Petitioner has received the relief his Petition requested.  The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated:  March 9, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

3:25-cv-03809-CAB-MMP